JULIE CARNES, Circuit Judge,
concurring in part and dissenting in part:
I concur in the majority opinion’s decision that federal law does not preempt the jury findings in the underlying Engle litigation. As to defendants’ Due Process Clause challenge, the latter presents a close question on which reasonable minds can differ. I do not disagree that the majority opinion articulates reasonable arguments in explaining why it rejects defendants’ challenge. On balance, however, I agree with Judges Tjoflat and Wilson that on the particular and unusual facts of the underlying Engle litigation, its jury findings are too non-specific to warrant them being given preclusive effect in subsequent trials. Concluding that defendants’ due process rights were therefore violated, I respectfully dissent as to the Majority’s contrary holding.